| | |
|---|---|
| 1 | **RESNICK & LOUIS, P.C.** |
| 2 | MELISSA J. ROOSE, ESQ. |
|   | Nevada Bar No. 7889 |
| 3 | 8925 West Russell Road, Suite 220 |
|   | Las Vegas, NV 89148 |
| 4 | mroose@rlattorneys.com |
|   | Telephone: (702) 997-3800 / Facsimile: (702) 997-3800 |
| 5 | *Attorney for Swift Transportation Co. of AZ, LLC and* |
|   | *Ricardo Barcena* |

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL SAVOY, an individual, | CASE NO.: 2:21-cv-00361-RFB-VCF |
| Plaintiff, | **MOTION AND NOTICE TO REMOVE COUNSEL OF RECORD FOR DEFENDANTS AND TO REMOVE FROM THE ELECTRONIC SERVICE LIST** |
| v. | |
| RICARDO BARCENA, individually; SWIFT TRANSPORTATION CO. OF AZ, LLC; and DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Defendants, SWIFT TRANSPORTATION CO. OF AZ, LLC and RICARDO BARCENA, hereby move this Honorable Court and provide notice that JOSHUA Y. ANG, ESQ. is no longer employed at RESNICK & LOUIS, P.C., and as such, he shall no longer be associated as counsel of record for Defendants in this matter. Additionally, JOSHUA Y. ANG, ESQ. shall hereby be removed from the electronic service list.

As delineated herein, MELISSA J. ROOSE, ESQ. of RESNICK & LOUIS, P.C. will continue to serve as counsel for Defendants, SWIFT TRANSPORTATION CO. OF AZ., LLC and RICARDO BARCENA, in this action.

All items including, but not limited to, pleadings, papers, correspondence, documents, and future notices in this action should continue to be directed to MELISSA J. ROOSE, ESQ. of RESNICK & LOUIS, P.C. as counsel of record for Defendants, accordingly.

DATED this 13th day of July, 2021.

Respectfully Submitted By:

**RESNICK & LOUIS, P.C.**

*/s/ Melissa J. Roose, Esq.*

MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889
8925 West Russell Road, Suite 220
Las Vegas, NV  89148
*Attorneys for Defendants*
*Swift Transportation Co. of AZ and*
*Ricardo Barcena*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: 7-15-2021

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing **MOTION AND NOTICE TO REMOVE COUNSEL OF RECORD FOR DEFENDANTS AND TO REMOVE FROM THE ELECTRONIC SERVICE LIST** was served this 13th day of July, 2021, by:

[ ] **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ] **BY FACSIMILE**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to FRCP 5(b). A printed transmission record is attached to the file copy of this document.

[ ] **BY PERSONAL SERVICE**: by causing personal delivery by an employee of Resnick & Louis, P.C. of the document(s) listed above to the person(s) at the address(es) set forth below.

[ X ] **BY ELECTRONIC SERVICE**: by transmitting via the Court's electronic filing services the document(s) listed above to the Counsel set forth on the service list on this date PURSUANT TO 28 U.S. CODE § 1446 with the Clerk of Court for the United States District Court, District of Nevada, by using the CM/ECF system.

Justin G. Randall, Esq.
ER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*
*Mitchell Savoy*

/s/Michelle Roeder
An Employee of Resnick & Louis, P.C.