**RESNICK & LOUIS, P.C.**
Melissa J. Roose, Esq., SBN: 7889
mroose@rlattorneys.com
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant Ricardo Barcena and*
*Swift Transportation Co. of AZ LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL SAVOY, an individual, | CASE NO.: 2:21-cv-00361-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| RICARDO BARCENA, individually; SWIFT TRANSPORTATION CO. OF AZ, LLC; and DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendants RICARDO BARCENA and SWIFT TRANSPORTATION CO. OF AZ LLC and Plaintiff MITCHELL SAVOY (the "Parties") by and through their respective attorneys of record, that the Parties have agreed to resolve the case between them by way of settlement.

The Parties further stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), that this Court enter a dismissal of Plaintiff's Complaint in United States District Court Case No. 2:21-cv-00361-RFB-VCF with prejudice as to Defendants RICARDO BARCENA and SWIFT TRANSPORTATION CO. OF AZ LLC. The Parties further stipulate that each party shall bear its own costs and fees with respect to any claims they may have against each other in the instant action.

1

IT IS SO STIPULATED.

DATED: November 2, 2021.                    **RESNICK & LOUIS, P.C.**


_/s/ MELISSA J. ROOSE_
MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
_Attorneys for Defendant Ricardo Barcena_
_and Swift Transportation Co. of AZ LLC_


DATED: November 2, 2021.                    **ER INJURY ATTORNEYS**


_/s/ JUSTIN G. RANDALL_
JUSTIN G. RANDALL, ESQ.
Nevada Bar No. 12476
4795 South Durango Drive
Las Vegas, NV 89147
_Attorneys for Plaintiff Mitchell Savoy_


IT IS HEREBY ORDERED that pursuant to the Stipulation for Dismissal, Plaintiff's Complaint in United States District Court Case No. 2:21-cv-00361-RFB-VCF is hereby dismissed with prejudice as to Defendants RICARDO BARCENA and SWIFT TRANSPORTATION CO. OF AZ LLC. Each Party shall bear their own costs and fees.

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
**United States District Court**
DATED this 3rd day of November, 2021.

2

**Pam Lamper**

| | |
|---|---|
| From: | Melissa Roose |
| Sent: | Monday, November 1, 2021 3:10 PM |
| To: | Savannah Renee |
| Cc: | Justin Randall; Kelley Kessler; Miriam Alvarez; mitchellsavoyz8436067@projects.filevine.com; Pam Lamper |
| Subject: | RE: Savoy v. Barcena/ Swift: Status of Settlement Check(s) |

Hi Savannah: Great, thank you for letting us know. We will proceed as per below and file the SAO to Dismiss. Thank you.

**From:** Savannah Renee <savannah@erinjuryattorneys.com>
**Sent:** Monday, November 1, 2021 3:09 PM
**To:** Melissa Roose <mroose@rlattorneys.com>
**Cc:** Justin Randall <justin@erinjuryattorneys.com>; Kelley Kessler <KKessler@rlattorneys.com>; Miriam Alvarez <miriam@erinjuryattorneys.com>; mitchellsavoyz8436067@projects.filevine.com
**Subject:** Re: Savoy v. Barcena/ Swift: Status of Settlement Check(s)

Hi Melissa-- We are in receipt of the settlement check. You may affix Justin Randall's e-signature on the SAO to Dismiss. Thank you.

On Thu, Oct 21, 2021 at 7:41 PM Melissa Roose <mroose@rlattorneys.com> wrote:

> We were just advised that this check is in que for the mail going out on Monday Oct 25th directly to your office.
>
> **From:** Justin Randall <justin@erinjuryattorneys.com>
> **Sent:** Tuesday, October 19, 2021 8:41 AM
> **To:** Melissa Roose <mroose@rlattorneys.com>
> **Cc:** Kelley Kessler <KKessler@rlattorneys.com>; Miriam Alvarez <miriam@erinjuryattorneys.com>; Savannah Renee <savannah@erinjuryattorneys.com>; mitchellsavoyz8436067@projects.filevine.com
> **Subject:** Re: Savoy v. Barcena/ Swift: Status of Settlement Check(s)
>
> Clearly you're better at nitpicking day counts than I am. Kudos to you.
>
> On Tue, Oct 19, 2021 at 8:29 AM Melissa Roose <mroose@rlattorneys.com> wrote:
>
>> I scrolled down and yes I did say about 3 weeks on Oct 5. Today is Oct 19 so it has been 2 weeks not 3 weeks. But either way the check is being sent directly to your office so you'll know the status before we do unless we're able to get an update before then which we would share.

1